# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:05-cr-184(2) |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| MARK THORNTON, | : | |
| Defendant. | : | |

## ORDER APPOINTING COUNSEL

Pursuant to S.D. of Ohio General Order 19-01, Thomas Eagle, is hereby appointed to represent the Defendant in this matter.

March 18, 2019

                s/Sharon L. Ovington
Sharon L. Ovington
United States Magistrate Judge