UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No. 3:05-cr-00184 (2) |
| vs. | : | |
| | : | |
| | : | Honorable Walter H. Rice |
| MARK J. THORNTON | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Kenneth L. Parker, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for the defendant in this case that he is entering his appearance as co-counsel for the United States in the above-captioned matter, and requests that service of all papers filed in this action be made electronically upon him.

Respectfully submitted,

DAVID M. DeVILLERS
United States Attorney

*s/ Kenneth L. Parker*
KENNETH L. PARKER
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Appearance of Counsel* was electronically filed via the Court's CM/ECF system this 13th day of November, 2019, and has been electronically served upon all counsel of record.

*s/ Kenneth L. Parker*
KENNETH L. PARKER
Assistant United States Attorney