# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                    Plaintiff,              :         Case No. 3:05-cr-184


                                                     District Judge Walter H. Rice
    -   vs   -                                        Magistrate Judge Michael R. Merz

MARK J. THORNTON,

                    Defendant.              :

---

# ORDER STRIKING *PRO SE* MOTION

---

This case is before the Court upon the filing *pro se* by Defendant Mark J. Thornton of his

Motion to Reduce Sentence under the First Step Act (ECF No. 320).  First Step Act motions have

been referred to the undersigned pursuant to General Order Day 13-01.

Upon examination of the docket, the Magistrate Judge notes that Thornton is presently

represented by counsel in this case, attorney Thomas Eagle.  A party represented by counsel may

not file papers *pro se*.  28 U.S.C. § 1654 provides that "parties may plead and conduct their own

cases personally or by counsel."   The disjunctive "or" in the statute means that a litigant must

choose between proceeding *pro se* and proceeding with the assistance of counsel.  *United States

v. Jimenez-Zalapa*, 2007 WL 2815563 (W.D. Tenn. 2007)(Breen, J.); *see also United States v.*

*Mosely,* 910 F.2d 93, 97-98 (6th Cir. 1987)*; United States v. Vampire Nation*, 451 F.3d 189 (3rd Cir. 2006).

Because Thornton is represented by counsel in this case, his *pro se* Motion is STRICKEN without prejudice to the filing of a similar motion by counsel.

February 28, 2020.

s/ *Michael R. Merz*
United States Magistrate Judge