IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                             Case No.   3:05cr184(2)

MARK J. THORNTON,            JUDGE WALTER H. RICE

    Defendant.

---

ENTRY REQUESTING FCI LORETTO PA TO ALLOW DEFENDANT
ACCESS TO VIDEO CONFERENCING FOR TWO PURPOSES

---

It is the request of this Court that defendant be permitted to meet with his attorney, Thomas Eagle, and the Assistant United States Attorney, Kenneth Parker, on a date and time agreed to by the parties and the facility, for purposes of discussing a plea agreement. It is further the request of this Court that the defendant be permitted to appear via video conference from FCI Loretto PA for a hearing with the undersigned on Tuesday, September 8, 2020 at 10:30 a.m.

It is the request of this Court that the personnel at FCI Loretto PA do all in their power to facilitate the carrying out of this Order.

August 17, 2020

*signature: Walter H. Rice*   (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
FCI Loretto PA

~1~