IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK J. THORNTON,

    Defendant.

Case No. 3:05cr184(2)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING JOINT MOTION FOR REDUCTION, RELIEF AND/OR RESENTENCING UNDER "FIRST STEP ACT" OF 2018 (DOC. #333); REDUCING AGGREGATE SENTENCE OF 25 YEARS TO ONE OF TIME SERVED; DEFENDANT TO BE RELEASED FORTHWITH; ALL OTHER ASPECTS OF SENTENCE IMPOSED ON FEBRUARY 28, 2008 AND JOURNALIZED ON MARCH 13, 2008 (DOC. #172) REMAIN IN FULL FORCE AND EFFECT; TERMINATION ENTRY

---

Pursuant to the record made, by video conferencing on September 8, 2020, this Court SUSTAINS the Joint Motion for Reduction, Relief and/or Resentencing under the "First Step Act" of 2018 (Doc. #333), thus reducing this Court's aggregate sentence of life imprisonment, later reduced to an aggregate sentence of 25 years through an Executive Grant of Clemency on January 17, 2017, to an aggregate sentence of time served, on each Count of conviction.

Defendant is to be released immediately.

No further judgment entry is to follow. All other aspects of this Court's sentence and Judgment Entry (Doc. #172) remain in full force and effect, including, without limitation, the aggregate eight-year period of supervised release, with all conditions of said status originally imposed.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 8, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Ken Parker
Tom Eagle
FCI Loretto, PO Box 1000, Cresson, PA 16630
Bureau of Prisons
US Marshals